ESTHER FINNEY, as Administratrix of the Estate of FREDERICK L. FINNEY, Deceased, Appellant, *v.* THE NATIONAL FIREPROOFING COMPANY, Respondent.

*Finney* v. *National Fireproofing Co.*, 153 App. Div. 1, affirmed.
(Argued May 8, 1913; decided May 23, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Alfred S. Brown* for appellant.

*Edwin A. Jones* and *H. A. Lineaweaver* for respondent.

Order affirmed and judgment absolute ordered against appellant, on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.

---

SARANAC LAND AND TIMBER COMPANY, Respondent, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Appellant.

SAME, Respondent, *v.* SAME, Appellant.

(Submitted May 19, 1913; decided May 23, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 288.)